IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-01787 RPM-PAC

TESS PETERSON,

    Plaintiff,

vs.

SARAH KAVENY, OTR, individually and in her
capacity as an employee of Healthsouth Corporation
d/b/a Healthsouth Rehabiliation Center of Longmont;
HEALTHSOUTH CORPORATION, d/b/a
HEALTHSOUTH REHABILITATION CENTER
OF LONGMONT; PRINCIPAL LIFE INSURANCE
COMPANY; and TARGET CORPORATION,

    Defendants.

---

### ORDER FOR DISMISSAL

Pursuant to the parties' Stipulation of Dismissal and Rule 41(a)(2) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Complaint is dismissed without prejudice.

2. Each party shall bear her or its own fees and costs.

3. Plaintiff's agreement and covenant not to sue the above-named defendants, or any of them, for any of the claims alleged in the Complaint is approved.

4. The agreement between plaintiff, on the one hand, and defendants Target Corporation and Principal Life Insurance Company, on the other hand, that the dismissal of this action and plaintiff's agreement and covenant not to sue does not in any way affect or prejudice any claims

plaintiff may have under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), for benefits under the Target Corporation Long Term Disability Plan is approved.

JUDGMENT SHALL BE ENTERED ACCORDINGLY FORTHWITH.

Dated: November 2nd , 2006.

BY THE COURT:

s/Richard P. Matsch

Judge, United States District Court

fb.us.1600511.04

2